# EXHIBIT "A"

Exhibit to: COMPLAINT FOR COPYRIGHT INFRINGEMENT

## Plaintiffs' U.S. Copyright Application

## Printed Retail Box

# EXHIBIT "A"

Exhibit to: COMPLAINT FOR COPYRIGHT INFRINGEMENT

**Registration #:** *-APPLICATION-*
**Service Request #:** 1-3373229395

## Mail Certificate

Temptooth, Inc.
1425 Wesley Lane
Auburn, CA 95603 United States

**Priority:** Routine    **Application Date:** May 05, 2016

## Correspondent

**Name:** Steven Howard
**Email:** temptooth@gmail.com
**Telephone:** (530)320-3105
**Address:** 1425 Wesley Lane
Auburn, CA 95603 United States

Registration Number
# *-APPLICATION-*

## Title

**Title of Work:** Temptooth Retail Packaging Design

## Completion/Publication

**Year of Completion:** 2015
**Date of 1st Publication:** May 18, 2015
**Nation of 1st Publication:** United States

## Author

- **Author:** Asad Ali
  **Author Created:** 2-D artwork
  **Work made for hire:** Yes
  **Citizen of:** Pakistan

## Copyright Claimant

**Copyright Claimant:** Temptooth, Inc.
1425 Wesley Lane, Auburn, CA, 95603
**Transfer statement:** By written agreement

## Certification

**Name:** Joyce Santos
**Date:** May 05, 2016
**Applicant's Tracking Number:** 43255875

September 13, 2016

Steven Howard
1425 Wesley Lane
Auburn, CA 95603

**Order # 43255875**

Dear Steven:

**Congratulations!** Your application for copyright registration for "Temptooth Retail Packaging Design" has been submitted electronically to the U.S. Copyright Office. A copy of the application is enclosed for your records. Also included is a copy of the UPS Tracking receipt confirming that your deposit materials were successfully delivered to the U.S. Copyright Office.

**Please Note:** Your materials are not registered until you receive a certificate of registration and registration number from the U.S. Copyright Office indicating that the work has been registered. The time the U.S. Copyright Office requires to process an application varies and can take months. If your work is determined to be copyrightable and meets all legal and procedural requirements for registration, the U.S. Copyright Office will send the registration certificate to the individual or organization listed under "Mail Certificate" in your application.

If you have any questions or would like additional information, please call us at (800) 773-0888 Monday–Friday from 5AM–7PM and Saturday from 7AM–4PM PT, or you can email us at customercare@legalzoom.com.

We appreciate you choosing LegalZoom and look forward to serving you again soon.

Sincerely,

The LegalZoom Team

517204913



# Tracking Detail

**1ZX749031251380762**

Updated: 05/12/2016 3:16 P.M. Eastern Time

**Delivered**

**Delivered On:**
Tuesday, 05/10/2016 at 10:14 A.M.

**Left At:**
Dock

**Signed By:**
GREEN

Proof of Delivery

What time will your package be delivered to your home? Get **FREE** estimated Delivery Windows on most UPS packages.

Notify me with Updates »

Continue

I am already a UPS My Choice® Member

**Need more information?**
Get Help

**Shipping Information**
To:
WASHINGTON, DC, US

**Service**
UPS 3 Day Select®

## Shipment Progress

What's This?

| Location | Date | Local Time | Activity |
|---|---|---|---|
| WASHINGTON, DC, US | 05/10/2016 | 10:14 A.M. | Delivered |
| Landover, MD, United States | 05/10/2016 | 7:13 A.M. | Out For Delivery |
|  | 05/10/2016 | 6:15 A.M. | Arrival Scan |
|  | 05/10/2016 | 6:13 A.M. | Departure Scan |
|  | 05/10/2016 | 6:02 A.M. | Arrival Scan |
| Philadelphia, PA, United States | 05/10/2016 | 3:28 A.M. | Departure Scan |
| Philadelphia, PA, United States | 05/08/2016 | 6:08 A.M. | Arrival Scan |
| Louisville, KY, United States | 05/08/2016 | 4:41 A.M. | Departure Scan |
| Louisville, KY, United States | 05/07/2016 | 1:26 A.M. | Arrival Scan |
| Las Vegas, NV, United States | 05/06/2016 | 7:04 P.M. | Departure Scan |
|  | 05/06/2016 | 2:30 P.M. | Arrival Scan |
| Ontario, CA, United States | 05/06/2016 | 8:13 A.M. | Departure Scan |
|  | 05/06/2016 | 12:34 A.M. | Arrival Scan |
| Los Angeles, CA, United States | 05/05/2016 | 11:25 P.M. | Departure Scan |

|  | 05/05/2016 | 9:47 P.M. | Origin Scan |
|  | 05/05/2016 | 4:54 P.M. | Pickup Scan |
| United States | 05/05/2016 | 8:16 P.M. | Order Processed: Ready for UPS |

### ▼ Additional Information

**Shipment Category:**  Package
**Shipped/Billed On:**  05/05/2016
**Weight:**  1.00 lb