# EXHIBIT "B"

Exhibit to: COMPLAINT FOR COPYRIGHT INFRINGEMENT

**Comparison of Retail Box Packaging**

# EXHIBIT "B"

Exhibit to: COMPLAINT FOR COPYRIGHT INFRINGEMENT

Plaintiffs' Front Package       Defendants' Front Package





Plaintiffs' Rear Package          Defendants' Rear Package

Plaintiffs' Right Side Package                    Defendants' Right Side Package



Plaintiffs' Left Side Package             Defendants' Left Package



Plaintiffs' Top Package



Defendants' Top Package

Plaintiffs' Bottom Package



Defendants' Bottom Package